UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DANIELLE BOND,                                              )
As parent and next friend of K.M.              )
3311 4th Street SE,                                         )
Washington, D.C. 20032                             )
(mail: P.O. Box 54444,                               )
Washington, D.C. 20032)                          )
                                                                        )
    PLAINTIFF                                          )
                                                                        ) Case No.: 1:23-CV-367
    vs.                                                        ) Judge:
                                                                        ) Case Type: Education
                                                                        )
                                                                        ) Date Stamp:
                                                                        )
                                                                        )
FRIENDSHIP PUBLIC CHARTER SCHOOL  )
BOARD OF TRUSTEES                                 )
Tamika Maultsby, Director                        )
1400 First St. NW Suite 300                     )
Washington, D.C. 20001                           )
                                                                        )
FRIENDSHIP PUBLIC CHARTER SCHOOL, INC.)
REGISTERED AGENT:                                 )
Donald L. Hence                                         )
1400 First St. NW Suite 300                     )
Washington, D.C. 20001                           )
                                                                        )
    DEFENDANTS                                     )
_____

## COMPLAINT FOR DECLARATORY JUDGMENT AND RELIEF

    COMES NOW PLAINTIFF DANIELLE BOND, as parent and next friend of K.M., Petitioner in the underlying case, to respectfully state as follows:

PRELIMINARY STATEMENT

1

This is an action for injunctive and declaratory relief brought under the Individuals with Disabilities Education Act, 20 U.S.C. 1400 *et. seq*. ("IDEA"). The Plaintiff seeks a judgment (a) declaring that she was the prevailing party in the underlying proceeding and is entitled to recover her reasonable legal fees and costs at the prevailing market rate, (b) determining that the reasonable attorney fees in this case are determined by the current Laffey Matrix, and (c) ordering the Defendant to make payment to the Plaintiff at the rate deemed reasonable under the Matrix.

## JURISDICTION AND VENUE

1. This court has jurisdiction pursuant to The Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1461 ("IDEA"), 29 U.S.C. § 794; 28 U.S.C. §§ 1441, 1442, 2201, & 2202; the Mills Decree; and pendent jurisdiction pursuant to D.C. Mun. Regs. Title 5 §§ 3000.1 – 3701.3 (2003).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Danielle Bond is the parent/legal guardian of K.M., a student who has been determined to be a student with a disability, as defined by the IDEA. Plaintiff is currently a resident of the District of Columbia and was a resident of the District of Columbia during the time of the underlying administrative proceeding.

4. Defendant is a corporation located in the District of Columbia. As one of its functions, Defendant Board operates charter schools within the Friendship Public Charter School system (herein "FPCS").  FPCS receives federal financial assistance in exchange for providing special education and related services.  FPCS affords children with disabilities within their charter school system in D.C. all rights pursuant to the IDEA and is

2

responsible for issuing checks in payment of reasonable attorney fees and costs incurred by the Plaintiffs in pursuing claims under the IDEA.

## FACTUAL BACKGROUND

5. At all times pertinent to this proceeding, Plaintiff was represented by Attorneys Stephenson F. Harvey, Jr. and Keith L. Howard.

6. Plaintiff filed a due process complaint on March 2, 2022. The case proceeded to a contested hearing, which took place on July 26, 2022, July 27, 2022, and July 28, 2022. The Hearing Officer's Final Determination (HOD), in favor of the Plaintiff, was issued on September 7, 2022, and is attached as Exhibit 1. Plaintiff Danielle Bond, as parent and next friend of K.M. was the prevailing party in this proceeding.

7. K.M. incurred reasonable legal fees, expert fees and costs in pursuing and obtaining relief.

8. The IDEA provides that a United States District Court may award fees and costs to a prevailing party in an IDEA case.

9. The Attorney Fee Guidelines issued by a neighboring local school system DC Public Schools ("DCPS") on March 25, 2013 by the General Counsel for DCPS states, "Submission of attorney's fee invoices to OGC is not required before filing a petition for fees with the District Court, pursuant to the IDEA."

10. Similarly, upon information and belief, submission of attorneys' fees invoices to FPCS are not required before filing a petition of fees with the District Court, pursuant to the IDEA.

11. The total amount of attorney fees and costs Defendant(s) owes to Plaintiff Danielle Bond, on behalf of student total $ $283,705.40 in Attorneys Fees, costs and other expenses are as follows:

    a. Stephenson F. Harvey, Jr. - $130,040.30

    b.   Keith L. Howard -$153,665.10

12. Plaintiff will submit her invoices directly to the FPCS attorney(s) assigned to this case.

## LEGAL FRAMEWORK

13. An award of attorneys' fees is proper and just in this matter pursuant to the IDEA and its implementing regulations, which state, *inter alia*:

> (a) *In general.* (1) In any action or proceeding brought under section 615 of the Act, the court, in its discretion, may award reasonable attorneys' fees as part of the costs to—
>
> (i) The prevailing party who is the parent of a child with a disability;
>
> 34 C.F.R. §300.517(a)(1)(i*).*

14. The regulations further state:

> (c) *Award of fees.* A court awards reasonable attorneys' fees under section 615(i)(3) of the Act consistent with the following:
>
> (1) Fees awarded under section 615(i)(3) of the Act must be based on rates prevailing in the community in which the action or proceeding arose for the kind and quality of services furnished.
>
> 34 C.F.R. §300.517(c)(1*).*

15. The Plaintiff was the prevailing party in the underlying action, as defined in *Select Milk Producers, Inc. v. Johanns*, 400 F.3d 939 (D.C. Cir. 2005) (finding that a party prevails if "there has been a court-ordered change in the legal relationship between the plaintiff and defendant" and "in whose favor a judgment is rendered, regardless of the amount of damages awarded") (citing *Buckhannon Board and Care Home Inc. v. West Virginia Department of Health and Human Resources*, 532 U.S. 598, 603-04 (2001) and is entitled to recover reasonable attorney's fees and costs.

16. The Plaintiff was the prevailing party in the underlying action and incurred more than $6000.00 in expert witness fees.

17. The District of Columbia regulation, D.C. Mun. Regs. tit. 5-A, § 3054, provides for expert witness fees for a prevailing party in a due process hearing.

18. "In any administrative proceeding brought under IDEA and this chapter, a court may award reasonable expert witness fees as part of the costs to a prevailing party: (a) Who is the parent of a child with a disability." D.C. Mun. Regs. tit. 5-A, § 3054.1(a).

19. " Expert witness fees awarded under this section shall be based on rates prevailing in the community in which the administrative proceeding arose for the kind and quality of services furnished, provided that the maximum award shall be six thousand dollars ($6,000) per action or proceeding."  D.C. Mun. Regs. tit. 5-A, § 3054.2(a).

20. The current billing rate for Attorneys Stephenson F. Harvey, Jr. and Keith L. Howard are reasonable and consistent with prevailing market rates in the District of Columbia and consistent with the rates sets forth in the Laffey Matrix. The current Matrix is attached as Exhibit 2.

## RELIEF REQUESTED

**WHEREFORE, Plaintiff respectfully requests that this Court:**

A. Declare the Plaintiff as the prevailing party under the IDEA, and therefore find that the Plaintiff is entitled to recover reasonable legal fees and costs incurred in the litigation;

B. Declare that the hourly attorney fees due to Attorneys Stephenson F. Harvey, Jr. and Keith L. Howard for the work in litigating the case of *Danielle Bond, on behalf of Minor*

*K.M. vs. Friendship Public Charter School Southeast Academy*, Case No. 2022-0037 are reasonable, based on the attorney's years of experience and the Laffey Matrix;

C. Award Plaintiff the sum of $ $283,705.40 in attorneys' fees, expert witness fees, and other expenses;

D. Award Plaintiff fees for litigating the current Complaint in the District Court of the District of Columbia for the purpose of collecting fees in the underlying administrative action, at Plaintiff's counsel's applicable rate, pursuant to 42 U.S.C. § 1988; and

E. Award any other relief that this Court deems just and proper.

This, the 9th day of February 2023.

THE HARVEY LAW GROUP, PLLC

/s/ Stephenson F. Harvey, Jr.
Stephenson F. Harvey, Jr., Esq.
Bar No.: 495345
The Harvey Law Group, PLLC
P.O. Box 434
Dunkirk, MD 20754
O:202-291-2914
F: 888-858-1941
E: sharvey@theharveylawgroup.com
W: www.theharveylawgroup.com
Attorney for Plaintiffs

&

THE LAW OFFICES OF KEITH L. HOWARD, PLLC

/s/Keith L. Howard
Keith L. Howard, Esq.
Bar ID: 1617492
The Law Offices of Keith L. Howard, PLLC
19109 W. Catawba Ave. Ste. 200
Cornelius, NC 28031

O: (919) 824-0146
F: 800-341-3931
E: keithh@khowardlaw.com
W: www.khowardlaw.com
Attorney for Plaintiffs